IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02485-PAB-MJW

PARVIZ SEBASTIAN SAFAI-RAD,

Plaintiff(s),

v.

THE HOME DEPOT, U.S.A., INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. **24**) is GRANTED finding good cause shown.  The Rule 16 Scheduling Order is amended as follows:

1. The deadline for Plaintiff's expert disclosures is extended to July 15, 2009;
2. The deadline for Defendant's expert disclosures is extended to August 15, 2009;
3. The deadline for rebuttal expert disclosures, if any, is extended to September 11, 2009;
4. All expert discovery shall be completed by October 15, 2009;
5. All dispositive motions shall be filed by November 13, 2009; and,
6. All other previous set deadlines in the Scheduling Order remain the same.

Date:   May 28, 2009