IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02485-PAB-MJW

PARVIZ SEBASTIAN SAFAI-RAD,

Plaintiff(s),

v.

THE HOME DEPOT, U.S.A., INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion for Entry of Agreed Protective Order of Confidentiality (docket no. 28) is GRANTED finding good cause shown.

     It is FURTHER ORDERED that the written Agreed Protective Order of Confidentiality (docket nol 28-2) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date:   June 04, 2009