### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Philip A. Brimmer

Civil Action No. 08-cv-02485-PAB-MJW

PARVIZ SEBASTIAN SAFAI-RAD,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC.,

    Defendant.

_____

### ORDER SETTING CASE FOR TRIAL
_____

    This matter has been scheduled for an eight-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 9, 2010 at 8:00 a.m.**

    A Trial Preparation Conference is set for **July 23, 2010 at 9:30 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

    5)    any stipulations as to fact or law; and

6)    any other issue affecting the duration or course of the trial.

DATED December 10, 2009.

        BY THE COURT:

        <u>s/Philip A. Brimmer</u>
        PHILIP A. BRIMMER
        United States District Judge